CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KIM A. PRATER, | ) | Civil Action No. 7:13cv00072 |
| | ) | |
| Petitioner, | ) | **§ 2254 FINAL ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD W. CLARKE, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Prater's 28 U.S.C. § 2254 petition shall be **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court. Further, finding that Prater has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. The Clerk of the Court is directed to send a certified copy of this order and accompanying memorandum opinion to Prater.

**ENTER**: April 29, 2013.

_____
UNITED STATES DISTRICT JUDGE